IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CASE NO. 3:23-cv-00332-GC-DEA

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

MARTELL'S TIKI BAR INC d/b/a
MARTELL'S LOBSTER HOUSE,

    Defendant.

It is so ordered this 10th day of July, 2023.

*Georgette Castner*
Georgette Castner, U.S.D.J.

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. and defendant Martell's Tiki Bar Inc d/b/a Martell's Lobster House (each a "Party" and collectively, the "Parties"), hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this proceeding, with prejudice, and with each party to bear the cost of their own attorneys' fees and costs incurred in this lawsuit. The Parties have entered into a confidential settlement agreement that fully resolves this lawsuit.

    Respectfully submitted on July 7, 2023.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
pleadings@copycatlegal.com
joboyle@oboylelawfirm.com
*Attorneys for Plaintiff*

GREENBERG TAURIG, LLP
500 Campus Drive
Suite 400
Florham Park, New Jersey 07932
Tel.: (973) 360-7906
kislinj@gtlaw.com

*Attorneys for Defendant*